# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COWIN EQUIPMENT COMPANY, INC., | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO.<br>) 1:06CV458GET |
| WIRTGEN AMERICA, INC., JIM MCEVOY, and RICHARD EVANS, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFF'S MOTION TO STAY DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER

COMES NOW Plaintiff Cowin Equipment Company, Inc. ("Cowin"), by and through its undersigned counsel, and hereby files this motion to stay Defendants' Motion to Dismiss, or in the Alternative, to Transfer pending the resolution of Cowin's Motion to Remand. In support thereof, Cowin states as follows:

Cowin commenced the present action by filing a complaint on or about December 2, 2005 in the Superior Court of Cobb County, Georgia. Therein,

1445397

Cowin asserted a variety of claims relating to its distribution agreement with Wirtgen America, Inc. ("Wirtgen") and Defendants' subsequent misconduct in connection therewith. On or about February 28, 2006, Defendants removed the action to this Court on diversity jurisdiction grounds. That same day, Defendants also filed a Motion to Dismiss, or in the Alternative, to Transfer this action to the United States District Court for the Middle District of Tennessee.

Contemporaneously with this motion, Cowin is filing a Motion to Remand this action to the Superior Court of Cobb County, Georgia. In the interests of justice, pending resolution of Cowin's Motion to Remand, which is due to be granted, Cowin respectfully requests this Court to stay Defendants' Motion to Dismiss, or in the Alternative, to Transfer. It is well-established that courts should address motions to remand prior to ruling on motions to dismiss, for "[o]nly if the court has subject matter jurisdiction does it have authority to consider the motion to dismiss." Hill v. BellSouth Telecommunications, Inc., 244 F.Supp.2d 1323, 1324 (N.D. Ga. 2003). See also Univ. of South Alabama v. The American Tobacco Co, et al., 168 F.3d 405, 410-11 (11th Cir. 1999) ("'If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded' to the state court from whence it came. . . . Moreover, a federal court must remand for lack of subject matter jurisdiction notwithstanding

the presence of other motions pending before the court.") (citations omitted); <u>Marathon Oil Co. v. Ruhrgas</u>, 145 F.3d 211, 220 (5th Cir. 1998) (holding that district court should have considered motion to remand prior to addressing motion to dismiss); <u>In re Bear River Drainage Dist.</u>, 267 F.2d 849, 851 (10th Cir. 1959) (holding that motion to remand necessarily precedes motion to dismiss).

Before ruling on Defendants' Motion to Dismiss, or in the Alternative, to Transfer, the Court must first determine whether it has jurisdiction over this matter. Thus, in the interests of justice and judicial economy, pending resolution of Cowin's Motion to Remand, Cowin respectfully requests this Court to stay Defendants' Motion to Dismiss, or in the Alternative, to Transfer.

Respectfully submitted on this 13th day of March, 2006.

/s/ Kwende B. Jones
Gregory F. Harley
Georgia Bar No. 326815
Kwende B. Jones
Georgia Bar No. 041155
Attorneys for Plaintiff Cowin
Equipment Company, Inc.

BURR & FORMAN LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia 30363
(404) 815-3000

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2006, I electronically filed the foregoing **PLAINTIFF'S MOTION TO STAY DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Ira J. Smotherman, Jr.
Shariro, Fussell, Wedge, Smotherman, Martin & Price, LLP
1360 Peachtree Street
One Midtown Plaza
Suite 1200
Atlanta, Georgia 30309

                                                  /s/ Kwende B. Jones
                                                  Gregory F. Harley
                                                  Georgia Bar No. 326815
                                                  Kwende B. Jones
                                                  Georgia Bar No. 041155
                                                 Attorneys for Plaintiff Cowin
                                                  Equipment Company, Inc.

BURR & FORMAN LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia 30363
(404) 815-3000